**WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW J. QUILLEN, PATRICE Q. CASTLE, BETTY W. QUILLEN, MURRAY KOSSMAN, CORONET PAPER, and BANK OF AMERICA, as Successor in Interest to Virginia National Bank,<br><br>    Defendants. | Case No. 2:23-cv-00026-MFU-PMS |

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S**
**MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST**
**DEFENDANT BANK OF AMERICA**

Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 11, hereby requests that the Clerk of Court enter default against Defendant Bank of America ("BOA") for failure to plead or otherwise defend in a timely manner. In support of this request, MassMutual states as follows:

    1.    MassMutual filed its Amended Complaint for Interpleader (the "Amended Complaint") against BOA on September 29, 2023. Dkt. 14.

    2.    The Summons to BOA was issued on October 3, 2023. Dkt. 17.

    3.    The Summons and Amended Complaint were served on BOA on October 4, 2023. Dkt. 19.

    4.    Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), BOA's deadline to respond to the Amended Complaint was October 25, 2023.

1

5. As of the filing of this request, BOA has not responded to the Amended Complaint.

6. Accordingly, BOA has failed to respond to the Amended Complaint or otherwise defend within 21 days of service thereof.

7. At a conference held before this Court on November 28, 2023, this Court requested that MassMutual seek a clerk's entry of default against BOA by December 19, 2023. Dkts. 31, 33.

WHEREFORE, MassMutual respectfully requests that the Clerk of Court enter default against BOA for its failure to plead or otherwise respond and award MassMutual any other relief that this Court deems necessary and appropriate.

Dated: December 11, 2023

*/s/ Dawn B. Williams*
Dawn B. Williams (VA Bar No. 71560)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street NW, Suite 1100
Washington, DC 20005
Tel.: (202) 230-5226
Fax: (202) 842-8465
Email: dawn.williams@faegredrinker.com

*Attorneys for Plaintiff Massachusetts Mutual Life Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2023, I caused the foregoing to be filed using the Court's CM/ECF system and thereby served upon all counsel of record.

/s/ *Dawn B. Williams*
Dawn B. Williams